United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Douglas Morales, Plaintiff,<br><br>v.<br><br>Lucilas Cake's Bird Road Store LLC,<br>and others, Defendants. | Civil Action No. 21-23513-Civ-Scola |

### Order Adopting Magistrate Judge's Report and Recommendation

Previously, the Court referred Plaintiff Douglas Morales's motion to re-open this case and enforce the parties' settlement agreement (Pl.'s Mot., ECF NO. 22) to United States Magistrate Judge Jonathan Goodman for either an order or a report and recommendations. (Court's Ref., ECF No. 23.) Thereafter, Judge Goodman issued a report, recommending that the Court grant the motion, enter a default judgment against the Defendants in the amount of $11,700.00, and provide Morales with an opportunity to file a fees and costs motion concerning the instant enforcement proceedings. (Rep. & Recs., ECF No. 26.) Neither party has filed objections to the report, and the time to do so has passed.

The Court has considered Judge Goodman's report, the record, and the relevant legal authorities. The Court finds Judge Goodman's report and recommendations thorough, cogent, and compelling. The Court therefore **affirms and adopts** Judge Goodman's report and recommendations in its entirety (**ECF No. 26**). The Court thus **grants** the Plaintiff's motion (**ECF No. 22**). Accordingly, the Court **enters judgement** in Plaintiff Douglas Morales's favor, in the amount of **$11,700.00**, against Defendants Lucilas Cake's Bird Road Store LLC, Lucila's Deli & Cafe South Beach LLC, Carlos G. Perez , Sr., and Carlos Perez , Jr., jointly and severally. The Court also agrees that, as provided in the parties' settlement agreement, Morales is entitled to fees and costs incurred by reason of the Defendants' breach. If, after conferral, the parties are unable to agree on the amount due, Morales may file a motion for his fees and costs, in compliance with the Local Rules.

**Done and ordered**, at Miami, Florida, on August 3, 2022.

_____
Robert N. Scola, Jr.
United States District Judge